IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHERRY JOYNER, *individually and on behalf of others similarly situated,*
        Plaintiff,

v.

ROCKY MOUNTAIN CAPITAL MANAGEMENT, LLC; and NATIONAL CHECK RESOLUTIONS, INC.,
        Defendants.

Civil Action No. 3:20-CV-00167-MHL

## CONSENT DECREE

THIS DAY CAME the Plaintiff, Sherry Joyner, and the Defendants, Rocky Mountain Capital Management, LLC and National Check Resolutions, Inc, by counsel, and hereby moves this Court to enter this Consent Decree in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for good cause shown, it is ORDERED, ADJUDGED and DECREED that the Defendants, Rocky Mountain Capital Management, LLC and National Check Resolutions, Inc are ENJOINED from the collecting, attempting to collect, reselling and/or credit reporting any debt or loans obtained by consumers with a Virginia address for any debts where the original creditor is either Plain Green, Great Plains or MobiLoans.

UPON FURTHER CONSIDERATION, of the representations of counsel and for good cause shown, it is ORDERED, ADJUDGED and DECREED that Defendants Rocky Mountain Capital Management, LLC and National Check Resolutions, Inc are ENJOINED to cancel any debts or loans it had previously purchased for consumers with a Virginia address for any debts where the original creditor is either Plain Green, Great Plains or MobiLoans. Defendants, Rocky

Mountain Capital Management, LLC and National Check Resolutions, Inc. are ENJOINED to notify all Virginia consumers whose debts it will cancel as a result of this settlement, in the format that has been agreed by the parties, that each of their debt(s) is cancelled no later than October 31, 2020.

UPON CONSIDERATION, of the representations of counsel and for good cause shown, it is ORDERED, ADJUDGED and DECREED that the Complaint against Defendants, Defendants, Rocky Mountain Capital Management, LLC and National Check Resolutions, Inc., is DISMISSED WITH PREJUDICE.

Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), the Court retains jurisdiction over this matter in order to enforce this Consent Decree and the Parties' settlement agreement.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 26 day of October, 2020

/s/ MHL
_____
M. Hannah Lauck
United States District Judge
M. Hannah Lauck
United States District Court Judge

_____
Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB #82170
Casey S. Nash, Esq., VSB #84261
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com

Leonard A. Bennett, Esq., VSB #37523

Craig C. Marchiando, Esq., VSB #89736
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
*Counsel for Plaintiff*

_____
NAME David Dwyer
TITLE President
Rocky Mountain Capital Management, LLC

_____
NAME Sam Iulorello
TITLE CEO
National Check Resolutions, Inc.